UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

FILED
AUG 22 2022
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Debtor(s)
Larry E. Cox

Case No.: 18-40274-MXM

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Larry E. Cox |
|----|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | 504 Quail Crest Drive, Colleyville, TX 76034 |
| 4. | Telephone Number | 972-489-4164 |
| 5. | SS# (last 4 digits only) or EIN # | 9172 |
| 6. | Amount Being Claimed | $3850.00 |

I, Larry E. Cox, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 8-18-22

Claimant Signature

N/A
Co-Claimant Signature

Subscribed and Sworn to Before Me this 18 day of August 2022.

Notary Public
In and for the State of Texas

ANTHONY RAMIREZ
Notary Public, State of Texas
Comm. Expires 08-06-2023
Notary ID 132117500

My commission expires 08/06/2023

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 8-18-22

_____
Claimant's Signature



This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

**Social Security Administration**
Form SSA-3000 (10-2007)

F799750049



**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX  76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: LARRY E COX | § § § § § § | CASE NO: 18-40274-MXM |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| LARRY E COX<br>504 QUAIL CREST DR<br>COLLEYVILLE, TX  76034 | 02/24/2022 | $3,850.00 |

/s/  Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.

LARRY E COX
504 QUAIL CREST DR
COLLEYVILLE, TX  76034

LARRY E COX
504 QUAIL CREST DR
COLLEYVILLE, TX  76034

Case No: 18-40274-MXM                                                                                          LARRY E COX

Notice to Deposit Unclaimed Funds to the United States Treasury                                                 Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 5/11/2022:

/s/  Tim Truman

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

LARRY E COX, 504 QUAIL CREST DR, COLLEYVILLE, TX 76034-0000

**ELECTRONIC SERVICE:**

RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117
SHAPIRO SCHWARTZ LLP, 13105 NORTHWEST FWY #1200, HOUSTON, TX 77040
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
ADAMS LYNCH AND LOFTIN PC, 3950 HIGHWAY 360, GRAPEVINE, TX 76051-6743
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX 76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242