

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 25, 2022**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Larry E. Cox § Case No.: 18–40274–mxm13
 § Chapter No.: 13
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Larry E. Cox filed an Application for Payment of Unclaimed Funds on 08/22/2022 in the amount of $3,850.00.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Application is a photocopy. Original application with wet ink signature signed in the presence of a notary public is required.
2) Form AO 213 is not signed and dated.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #