

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 25, 2022**

United States Bankruptcy Judge

___

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                              §
Larry E. Cox                        §    Case No.:  18−40274−mxm13
                                    §    Chapter No.:  13
                                    §
            Debtor(s)               §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Larry E. Cox filed an Application for Payment of Unclaimed Funds on 08/22/2022 in the amount of $3,850.00.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Application is a photocopy. Original application with wet ink signature signed in the presence of a notary public is required.
2) Form AO 213 is not signed and dated.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 18-40274-mxm
Larry E. Cox Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 2
Date Rcvd: Aug 29, 2022     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Larry E. Cox, 504 Quail Crest Drive, Colleyville, TX 76034-8691 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela D. Allen | on behalf of Trustee Tim Truman angelaa@ch13ftw.com |
| Eboney D. Cobb | on behalf of Creditor City of Colleyville ecobb@pbfcm.com ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Grant Matthew Tabor | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com, gtabor@logs.com |
| H. Gray Burks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper gburks@logs.com, nibates@logs.com,logsecf@logs.com |
| Kirk A. Schwartz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kschwartz@logs.com, LOGSECF@logs.com |
| Mario Cortes, II | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcortes@logs.com, bkmariocortes@gmail.com |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf012 | Total Noticed: 1 |

Melissa Linell Palo
    on behalf of Creditor Tarrant County lisa.cockrell@lgbs.com janell.buster@lgbs.com;michael.alvis@lgbs.com

Michael Chad Berry
    on behalf of Creditor Frost Bank cberry@all-lawfirm.com allbknotices@gmail.com

Richard M. Weaver
    on behalf of Debtor Larry E. Cox lawweaver@sbcglobal.net WeaverIGNotices@outlook.com;RichardWeaver@jubileebk.net

Stacy B. Loftin
    on behalf of Creditor Frost Bank sbl@all-lawfirm.com allbknotices@gmail.com

Tim Truman
    ftworthchapter13trustee-ecf@ch13ftw.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 12